# File Hashes for IP Address 108.28.124.237

**ISP:** Verizon Online, LLC
**Physical Location:** Fairfax, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/17/2014 04:57:19 | D54A287D57980AB53CBDAAEBD54863F68E264ADA | Forever You Part #1 |
| 12/17/2014 04:44:45 | CDD685B73B549C0AADEABACC55BAB3A4032116F7 | Cum In Get Wet |
| 12/17/2014 03:20:44 | 268A57454026BF823A43452BC70105D76736398D | Too Hot To Handle |
| 06/08/2014 03:32:46 | A1B0A9B8D530009523AD651AD83C5E14645DB259 | Knock On My Door |
| 06/06/2014 04:06:21 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 06/06/2014 04:06:14 | 0D74FFB1382271F8FF85D19B681E8BD7D12A1927 | Lost In My Own Moment |
| 06/06/2014 04:04:05 | 4B7F6A2BB4C01B0728DD192E8D5001E45A0F09FF | Good Night Kiss |
| 06/06/2014 01:19:47 | 5538A2A914BC9D66143B223339228954C908BF71 | Just the Three of Us |
| 06/06/2014 00:32:45 | 2081A5CE02BB6EC3241391474945C81FCB881CEB | Brazilian Love Affair |
| 05/10/2014 13:08:48 | CF820B76D95FD9F8CDBB946583DAB62328C9C8D3 | In for the Night |
| 05/10/2014 05:15:28 | F4C1E5877348813A5B8700B33AB5040F133DEB6B | Czech Beauties |
| 05/27/2013 14:54:22 | 6417BFBD9D5B7F566631DA9085C03AEDF913D40C | A Wonderful World |
| 05/27/2013 14:54:22 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | Marry Me |

**Total Statutory Claims Against Defendant: 13**